IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:14-cv-00329-FL |
| | ) | |
| vs. | ) | |
| | ) | |
| HUMANA HEALTH PLAN, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due consideration of the Joint Status Report filed by both parties in this matter, it is hereby ORDERED that the stay currently in place with respect to this case is lifted. With respect to the pending Motion to Dismiss (ECF No. 8), Plaintiff shall have 30 days from the date of this Order in which to file a brief in opposition to the Motion, if Plaintiff so elects. In the event Plaintiff files a brief in opposition to the Motion, Defendant shall have 14 days from the date of such filing to submit a brief in reply.

It is so ORDERED.

Dated: October 23, 2014

_____
UNITED STATES DISTRICT JUDGE